No. A–653. EDMISTEN, ATTORNEY GENERAL OF NORTH CAROLINA, ET AL. *v.* GINGLES ET AL. Application to stay the man-

---

*JUSTICE MARSHALL took no part in the consideration or decision of the orders announced on this date.

date of the United States District Court for the Eastern District of North Carolina pending appeal, addressed to JUSTICE POWELL and referred to the Court, denied.